*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Rhon Duval Parker, Jr.
    Debtor(s)

Case No: 25–10186–amc
Chapter: 7

___

*STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a Status hearing will be held before the Honorable Ashely M. Chan ,

United States Bankruptcy Court

on 3/5/25 at 12:30 PM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107 .

Phone appearances are permitted. Please call 1–646–828–7666 and enter Meeting ID 160 6807 8081.

For The Court

Timothy B. McGrath
Clerk of Court

15 – 10
Form 150