*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Rhon Duval Parker, Jr.

    Debtor(s)           Case No: 25−10186−amc

         Chapter: 7

---

### *NOTICE OF SHOW CAUSE HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for

for failure to file all the required documents by the due
date listed per the order dated January 16, 2025:
Matrix Due 1/23/25
Schedules A/B Due 1/30/25
Schedules C Due 1/30/25
Schedules D Due 1/30/25
Schedules E/F Due 1/30/25
Schedules G Due 1/30/25
Schedules H Due 1/30/25
Schedules I Due 1/30/25
Schedules J Due 1/30/25
Statement of Current Monthly Income (122C1) Due 1/30/25
Statement of Financial Affairs Due 1/30/25
Summary of Assets and Liabilities Due 1/30/25
and since converting to Chapter 7 the
Chapter 7 Statement of Your Current Monthly Income and
Chapter 7 Means Test Calculation as applicable.

will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court on

5/7/25 at 11:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107 .

         For The Court

         Timothy B. McGrath
         Clerk of Court

Dated: April 15, 2025