United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10186-amc |
| Rhon Duval Parker, Jr. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 15, 2025 | Form ID: 151 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rhon Duval Parker, Jr., 180 Salem Road, Schwenksville, PA 19473-1208 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2025        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MICHELLE J. CUNNINGHAM | on behalf of Creditor Maple Hill Community Association mcunningham@marcushoffman.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Rhon Duval Parker, Jr.

    Debtor(s)                                                                                         Case No: 25−10186−amc

                                                                                                                                      Chapter: 7

_____

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

    NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for

for failure to file all the required documents by the due
date listed per the order dated January 16, 2025:
Matrix Due 1/23/25
Schedules A/B Due 1/30/25
Schedules C Due 1/30/25
Schedules D Due 1/30/25
Schedules E/F Due 1/30/25
Schedules G Due 1/30/25
Schedules H Due 1/30/25
Schedules I Due 1/30/25
Schedules J Due 1/30/25
Statement of Current Monthly Income (122C1) Due 1/30/25
Statement of Financial Affairs Due 1/30/25
Summary of Assets and Liabilities Due 1/30/25
and since converting to Chapter 7 the
Chapter 7 Statement of Your Current Monthly Income and
Chapter 7 Means Test Calculation as applicable.

    will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court on

5/7/25 at 11:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107 .

                                                                                                                For The Court

                                                                                                                Timothy B. McGrath
                                                                                                                Clerk of Court

Dated: April 15, 2025