# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 25-10186 |
| **Rhon Duval Parker, Jr.** | Chapter 7 |
| | Judge Ashely M. Chan |
| Debtor(s) | * * * * * * * * * * * * * * * * * |
| | |
| **JPMorgan Chase Bank, N.A.** | Date and Time of Hearing |
| Movant, | Place of Hearing |
| vs | June 25, 2025 at 12:30 p.m. |
| | |
| **Rhon Duval Parker, Jr.** | U.S. Bankruptcy Court |
| **Robert H. Holber** | 900 Market Street, Suite 400, Courtroom #4 |
| Respondents. | Philadelphia, PA, 19107 |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN CHASE BANK, N.A. TO REPOSSESS THE 2023 DODGE CHARGER WITH THE VEHICLE IDENTIFICATION NUMBER 2C3CDXCT9PH576857 (DOCUMENT NO. 30)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on May 22, 2025, at Document No. 30 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 6, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

        /s/Stephen R. Franks
Stephen R. Franks, Esquire (333394)
Adam B. Hall (323867)
MDK Legal
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611

25-009982_EJS1

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@mdklegal.com

25-009982_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-10186** |
| **Rhon Duval Parker, Jr.** | : | **Chapter 7** |
| | : | **Judge Ashely M. Chan** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **June 25, 2025 at 12:30 p.m.** |
| | : | |
| **Rhon Duval Parker, Jr.** | : | **U.S. Bankruptcy Court** |
| **Robert H. Holber** | : | **900 Market Street, Suite 400, Courtroom #4** |
| **Respondents.** | : | **Philadelphia, PA, 19107** |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection Regarding Motion for Relief from the Automatic Stay to Permit JPMorgan Chase Bank, N.A. To Repossess the 2023 Dodge Charger with the Vehicle Identification Number 2C3CDXCT9PH576857 (Document No. 30) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

ROBERT H. HOLBER, Chapter 7 Trustee, trustee@holber.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Rhon Duval Parker, Jr., 180 Salem Road, Schwenksville, PA  19473

/s/Stephen R. Franks

25-009982_EJS1